# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND/ODESSA DIVISION

LUCAS WILLIAMS,
      *Plaintiff*

v.

SERGIO JIMENEZ, KEVIN C.
MCCLANAHAN, CARMEN
PACHECO, DAWN HILL-KEARSE,
WAVNY TOUSSAINT,
      *Defendants*

§
§
§
§
§
§
§
§
§
§
§
§

**MO:26-CV-00007-DC**

## ORDER

BEFORE THE COURT is the report and recommendation from United States Magistrate Judge Ronald C. Griffin concerning Plaintiff's Complaint.[1] Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, the Magistrate Judge issued his report and recommendation on March 23, 2026.[2]

28 U.S.C. § 636(b) permits a party to serve and file written objections to a magistrate judge's proposed findings or recommendations within fourteen days after being served with a copy of the report and recommendations. The Court will review *de novo* the portions of the report and recommendations objected thereto. When no objections are timely filed, the Court need only review the magistrate judge's report and recommendation for clear error.[3]

---

[1] Doc. 1.
[2] Doc. 12.
[3] Fed. R. Civ. P. 72 advisory committee's note.

Because no party in this case has filed timely objections, the Court reviews the report and recommendation for clear error. Having done so and finding no clear error, the Court accepts and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** the report and recommendation of the United States Magistrate Judge is **ADOPTED**. Pursuant to Federal Rule of Civil Procedure 41(b), Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

It is so **ORDERED**.

SIGNED this 7th day of April, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE

2